**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD ESCAMILLA,         )   NO. CV 13-06594-AS
                        )
           Plaintiff,   )
                        )   **JUDGMENT**
        v.             )
                        )
CAROLYN W. COLVIN,        )
Acting Commissioner of Social )
Security,                )
                        )
          Defendant.   )
_____)

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED:  May 29, 2015.

                                     /s/
                   _____
                       ALKA SAGAR
           UNITED STATES MAGISTRATE JUDGE