Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ESCAMILLA, | ) |
| Plaintiff, | ) CASE NO.: 2:13-cv-06594-AS ) ) |
| v. | ) ) [~~PROPOSED~~] ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | ) EAJA FEES ) ) |
| Defendant. | ) ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ONE HUNDRED TWENTY FIVE DOLLARS AND 35/100 ($3,125.35) subject to the terms of the stipulation.

DATED: July 14, 2015          / s /
                              HON. ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE

-1-